DOUGLAS R. SCHWARTZ (State Bar No. 98666)
PETRA M. REINECKE (State Bar No. 154482)
SCHWARTZ & CERA LLP
44 Montgomery Street, Suite 3850
San Francisco, CA 94104
Telephone: (415) 956-2600
Facsimile: (415) 438-2655

Attorneys for Defendant
CHUNG CHENG YEH, a/k/a ALEX YEH

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>CHUNG CHENG YEH, a/k/a ALEX YEH,<br><br>    Defendant. | CASE NO. CR-10-0231-WHA<br><br>**STIPULATION AND [PROPOSED] ORDER CONTINUING HEARING ON DEFENDANT'S MOTION TO DISMISS**<br><br>Date:  May 7, 2013<br>Time:  2:00 p.m.<br>Ctrm:  8, 19th Fl.<br>Judge: The Honorable William Alsup |

Defendant Alex Yeh and Plaintiff United States of America, pursuant to Rule 7-7(e) of the Local Rules of the Northern District Court of California, hereby stipulate and agree, as follow:

1. That Defendant's Motion to Dismiss is currently scheduled for hearing on May 7, 2013 at 2:00 p.m.

2. That the parties request that the Court vacate the May 7, 2013 hearing date and continue it until May 14, 2013 at 2:00 p.m. due to the fact that counsel for Defendant Yeh will be in trial on another case in San Francisco County Superior Court the week of May 6, 2013.

Therefore, under the circumstance listed above, the parties jointly request that the hearing

-1-
STIPULATION AND [PROPOSED] ORDER CONTINUING HEARING ON
DEFENDANT'S MOTION TO DISMISS
CASE NO. CR-10-0231-WHA

on Defendant Yeh's Motion to Dismiss be continued to May 14, 2013.

**IT IS SO STIPULATED.**

Dated: April 12, 2013

Respectfully submitted,

SCHWARTZ & CERA LLP

By: */s/Douglas R. Schwartz*
 DOUGLAS R. SCHWARTZ
 Attorney for Defendant ALEX YEH

Dated: April 12, 2013

MELINDA HAAG
UNITED STATES ATTORNEY

BY: */s/May Lee Heye*
 MAY LEE HEYE
 Assistant United Attorney
 Attorneys for Plaintiff
 UNITED STATES OF AMERICA

## [PROPOSED] ORDER

The parties having so stipulated and good cause appearing, IT IS HEREBY ORDERED that the hearing on Defendant Alex Yeh's Motion to Dismiss is continued from May 7, 2013 until May 14, 2013.

DATED: April 15, 2013.  _____
 WILLIAM ALSUP
 United States District Judge